| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | NED SMOCK |
|   | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N |
|   | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
|   | Fax: (510) 637-3507 |
| 5 | Email: ned_smock@fd.org |
| 6 | Counsel for Defendant |
|   | CARLOS BORJA-ORELLANA |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00291 YGR |
| Plaintiff, | STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER SEEKING DATE FOR HEARING ON REFERRAL TO CONVICTION ALTERNATIVES PROGRAM |
| v. | |
| CARLOS BORJA-ORELLANA, | |
| Defendant. | |

The parties hereby request that the sentencing hearing, currently set for September 21, 2017, be vacated and the matter be reset for a hearing on the defense's request for a referral to this Court's Conviction Alternatives Program ("CAP") on **October 5, 2017**. United States Pretrial Services has assessed Mr. Borja-Orellana and has determined that he is suitable for participation in CAP. Participation in the program would involve deferring sentencing for approximately 12 months to allow Mr. Borja-Orellana to complete the program. At that time, Mr. Borja-Orellana would be sentenced, taking into account his performance in CAP.

The defense has submitted documentation to the government in support of its position that Mr. Borja-Orellana should be permitted to participate in CAP. Both parties need additional time to

CR 16-00291 YGR

1

discuss the matter as the government determines whether or not it can support the request for a CAP referral.  Among other things, the assigned Assistant United States Attorney is seeking guidance from leadership within the office before taking a position on the matter.  Accordingly, the parties ask that the matter be calendared for a hearing on the defense request for referral to the Conviction Alternative Program on **Thursday, October 5, 2017 at 3:00 p.m.**  The parties will submit memoranda with their respective positions on the matter one week prior to the hearing.  Because Mr. Borja-Orellana has already entered a guilty plea, there are no Speedy Trial Act issues.

DATED: September 14, 2017     /S/
NED SMOCK
Assistant Federal Public Defender

DATED: September 14, 2017     /S/
CHRISTINA McCALL
Assistant United States Attorney

CR 16-00291 YGR

2

1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ned_smock@fd.org

6  Counsel for Defendant
   CARLOS BORJA-ORELLANA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 16-00291 YGR |
|---|---|
| PLAINTIFF, | [PROPOSED] ORDER |
| v. | |
| CARLOS BORJA-ORELLANA | |
| DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation dated September 12, 2017, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to **Thursday, October 5, 2017, at 3:00 p.m.**, before the Honorable Yvonne Gonzalez Rogers, for hearing on the defense request for referral to the Court's Conviction Alternatives Program. The September 21, 2017 at 3:00pm Sentencing hearing is VACATED.

IT IS SO ORDERED.

DATED: September 14, 2017

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CR 16-00291 YGR